UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-50012 |
| MELANIE LOUISE WEST | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

  IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Bank of America, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 3348 Cameron Drive, Elgin, IL 60124.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  May 02, 2014

**Prepared by:**

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No.  12-6568