B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–50012**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Melanie Louise West
   3348 Cameron Drive
   Elgin, IL 60124

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0868

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                                             FOR THE COURT


Dated: <u>July 13, 2015</u>                                 <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                  United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-50012-DRC
Melanie Louise West                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2           Date Rcvd: Jul 13, 2015
                              Form ID: b18             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2015.
```
db          +Melanie Louise West,    3348 Cameron Drive,    Elgin, IL 60124-8025
23269395    +ARNOLD SCOTT HARRIS,    111 WEST JACKSON BLVD,    CHICAGO, IL 60604-4135
20307278    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
23269398    +BD PDL SERVICES,    PO BOX 283,    FLANDREAU, SD 57028-0283
19951116    +Bank of America, N.A.,    c/o Pierce and Associates, P.C.,    1 North Dearborn St.,   Suite 1300,
              Chicago, Illinois 60602-4321
23269422     CITIBANK,    ATTN BANKRUPTCY DEPT,    PO BOX 790034,    SAINT LOUIS, MO 63179-0034
23269417     CITICORP CREDIT SERVICES,    ATTN: INTERNAL RECOVERY CENTRALIZED BK,    PO BOX 790034,
              SAINT LOUIS, MO 63179-0034
23269402    +DEPARTMENT OF EDUCATION,    FEDLOAN SERVICING,    PO BOX 69184,   HARRISBURG, PA 17106-9184
23269400    +DEPARTMENT OF EDUCATION,    FEDLOAN SERVICING,    PO BOX 530210,   ATLANTA, GA 30353-0210
23269399    +EDFINANCIAL/ESA,    120 N SEVEN OAKS DRIVE,    KNOXVILLE, TN 37922-2359
23269408    +EOS CCA,   PO BOX 439,    NORWELL, MA 02061-0439
23269409    +EOS CCA,   8201 183RD STREET,    TINLEY PARK, IL 60487-9249
23269410     EQUIFAX INFORMATION SERVICES, LLC,    1550 PEACHTREE STREET NW,    ATLANTA GA 30309
23269411    +EXPERIAN INFORMATION SOLUTIONS INC,    475 ANTON BLVD,    COSTA MESA, CA 92626-7037
19842611    +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
23269413    +GREEN PICKET,    40 SKOKIE BLVD #500,    NORTHBROOK IL 60062-1618
23269429    +HARLEM FURNITURE,    215 SOUTH GARY AVENUE,    BLOOMINGDALE, IL 60108-2213
23269415    +ILLINOIS STUDENT ASSISTANCE,    COMMISSION,    BANKRUPTCY DEPARTMENT,    1755 LAKE COOK ROAD,
              DEERFIELD, IL 60015-5215
23269397    +ILLINOIS TOLLWAY AUTHORITY,    2700 OGDEN AVENUE,    DOWNERS GROVE, IL 60515-1703
23269396     ILLINOIS TOLLWAY AUTHORITY,    PO BOX 5544,    CHICAGO, IL 60680-5544
23269393    +ROUNDPOINT MORTGAGE,    5032 PARKWAY PLAZA BOULEVARD,    CHARLOTTE, NC 28217-1934
23269427     TRANS UNION LLC,    PO BOX 2000,    CHESTER, PA 19016-2000
23269403    +US DEPARTMENT OF EDUCATION,    400 MARYLAND AVENUE SW,    WASHINGTON DC 20202-0001
23269406    +US DEPARTMENT OF EDUCATION,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
23269405    +US DEPARTMENT OF EDUCATION,    CAPITOL PLACE,    555 NEW JERSEY AVE NW,
              WASHINGTON, DC 20208-0003
23269404    +US DEPARTMENT OF EDUCATION,    POTOMAC CENTER PLAZA (PCP),    550 12TH STREET SW,
              WASHINGTON, DC 20202-0031
23269394    +VALLEY BELL CREDIT UNION,    1950 BIG TIMBER ROAD,    ELGIN, IL 60123-1136
19912284    +Valley Bell Credit Union,    1950 Big Timber,    Elgin IL 60123-1136
20340771    +West Ridge Village Condominium Association,    Katerina Tsoukalas-Heitkemper,
              % Fullett Rosenlund Anderson PC,    430-440 Telser Rd.,    Lake Zurich, IL 60047-1588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QECBERG.COM Jul 14 2015 01:03:00      Elizabeth C Berg,    Baldi Berg, Ltd.,
              20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120
23269407    +EDI: CINGMIDLAND.COM Jul 14 2015 01:08:00      AT&T MOBILITY,    PO BOX 6416,
              CAROL STREAM, IL 60197-6416
19903573     EDI: AIS.COM Jul 14 2015 01:09:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
20307273    +EDI: ACCE.COM Jul 14 2015 01:03:00      Asset Acceptance LLC  assignee FIRST PREMIER BANK,
              Po Box 2036,    Warren MI 48090-2036
19842609    +EDI: BANKAMER.COM Jul 14 2015 01:03:00      Bank of America,
              Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
23269419    +EDI: CAPITALONE.COM Jul 14 2015 01:03:00      CAPITAL ONE N.A.,    1680 CAPITAL ONE DRIVE,
              MC LEAN, VA 22102-3407
23269418    +EDI: AIS.COM Jul 14 2015 01:09:00      CAPITAL ONE N.A.,    C/O AMERICAN INFOSOURCE,
              PO BOX 54529,    OKLAHOMA CITY, OK 73154-1529
20245519    +EDI: JEFFERSONCAP.COM Jul 14 2015 01:09:00      COLLECTO US ASSET MANAGEMNT, INC.,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999,
              Orig By: AT&T MOBILITY
23269401    +E-mail/Text: electronicbkydocs@nelnet.net Jul 14 2015 01:31:49      DEPARTMENT OF EDUCATION,
              121 S 13TH STREET,    LINCOLN, NE 68508-1904
19842610    +E-mail/Text: bknotice@erccollections.com Jul 14 2015 01:31:49      Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
23269412    +EDI: RMSC.COM Jul 14 2015 01:03:00      GE CAPITAL RETAIL CONSUMER FINANCE,    1600 SUMMER STREET,
              FIFTH FLOOR,    STAMFORD, CT 06905-5125
19842612    +EDI: RMSC.COM Jul 14 2015 01:03:00      Gemb/gapdc,    Attn: bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
23269414    +EDI: HFC.COM Jul 14 2015 01:03:00      HSBC,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 15521,
              WILMINGTON, DE 19850-5521
19961150    +EDI: ATTWIREBK.COM Jul 14 2015 01:03:00      Illinois Bell Telephone Company,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
              Bedminster, NJ 07921-2693
23269416    +EDI: CBSKOHLS.COM Jul 14 2015 01:03:00      KOHL'S CREDIT,    N56 W17000 RIDGEWOOD DRIVE,
              MENOMONEE FALLS, WI 53051-7096
19842613    +EDI: MID8.COM Jul 14 2015 01:03:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
20308778     EDI: PRA.COM Jul 14 2015 01:03:00      Portfolio Recovery Associates, LLC,
              successor to COMENITY BANK,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0752-1          User: admin              Page 2 of 2                   Date Rcvd: Jul 13, 2015
                              Form ID: b18             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23269421       +EDI: SEARS.COM Jul 14 2015 01:03:00      SEARS,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
23269424       +E-mail/Text: bankruptcy@sw-credit.com Jul 14 2015 01:31:47       SOUTHWEST CREDIT,
                 4120 INTERNATIONAL PARKWAY,    SUITE 100,    CARROLLTON, TX 75007-1958
19842614       +EDI: SEARS.COM Jul 14 2015 01:03:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
19842615       +E-mail/Text: bankruptcy@sw-credit.com Jul 14 2015 01:31:47       Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
23269425       +EDI: WTRRNBANK.COM Jul 14 2015 01:03:00      TARGET CREDIT CARD (TC),    PO BOX 9475,
                 MINNEAPOLIS, MN 55440-9475
23269426       +EDI: TDBANKNORTH.COM Jul 14 2015 01:08:00      TD BANK, NA,    1701 ROUTE 70 EAST,
                 CHERRY HILL, NJ 08003-2335
19842616       +EDI: WTRRNBANK.COM Jul 14 2015 01:03:00      Target Credit Card (TC),
                 C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,    Minneapolis, MN 55440-9475
23269428       +EDI: WFNNB.COM Jul 14 2015 01:03:00      WORLD FINANCIAL NETWORK NATIONAL BANK,
                 3100 EASTON SQUARE PLACE,    COLUMBUS, OH 43219-6232
19842618       +EDI: WFNNB.COM Jul 14 2015 01:03:00      Wfnnb/harlem,    Attention: Bankruptcy,    Po Box 182685,
                 Columbus, OH 43218-2685
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23269423*       CITICORP CREDIT SERVICES,    ATTN INTERNAL RECOVERY,    CENTRALIZED BK,    PO BOX 790034,
                 SAINT LOUIS, MO 63179-0034
23269420*       CITICORP CREDIT SERVICES,    ATTN INTERNAL RECOVERY CENTRALIZED BK,    PO BOX 790034,
                 SAINT LOUIS, MO 63179-0034
20246284*      +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: AT&T MOBILITY
20267621*      +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: AT&T MOBILITY
20267648*      +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: AT&T MOBILITY
19842617      ##+Valley Bell Credit Union,    733 W. Chicago,    Elgin, IL 60123-6258
                                                                                     TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2015 at the address(es) listed below:
              Antonio Capozzi    on behalf of Creditor   West Ridge Village Condominium Association
               a.capozzi@frapc.com
              Charles L. Magerski    on behalf of Debtor Melanie Louise West Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Christopher M Brown    on behalf of Creditor   Bank of America, N.A.
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor   Bank of America, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```